

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

March 14, 2022

VIA ECF

Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re: *Rollins v. County of Nassau, et al.*
           Docket No. 22-CV-808 (GRB)(ARL)
           File No.:  210020

Your Honor:

  We represent defendants County of Nassau, Nassau County Correctional Center, Nassau County Sheriff's Department, and Vera Fludd in the above-referenced case. We write to request permission to file a 3 page pre-motion letter with the Court on or before our March 29. 2022 deadline to respond to the complaint.

  We are mindful of the Court's 2 page restriction. Despite our best efforts, we require an additional page to set forth the background of the case and address all of the claims at issue as part of our anticipated motion to dismiss portions of the Complaint under Fed. R. Civ. P. 12(b)(6).

  Thank you for your consideration of this matter.

                Respectfully submitted,

                SOKOLOFF STERN LLP

                ADAM I. KLEINBERG

cc: All Counsel of Record (via ECF)