UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SUSAN ROLLINS, Individually, in Her Own Right and as
Administrator of the Estate of KEVIN J. ROLLINS,
Deceased,

22-CV-808
(GRB) (ARL)

Plaintiff,

-against-

ANSWER

COUNTY OF NASSAU, NASSAU COUNTY
CORRECTIONAL CENTER, NASSAU COUNTY
SHERIFF'S DEPARTMENT, VERA FLUDD,
Individually and as former Sheriff of Nassau County,
NASSAU UNIVERSITY MEDICAL CENTER, NASSAU
HEALTH CARE CORPORTAION, a/k/a NUHEALTH
SYSTEM, NASSAU COUNTY CORRECTIONS OFFICERS
"JOHN DOES 1-10, in their Individual and Official Capacities
(whose names are fictitious but intended to represent and
Designate various presently unidentified Nassau County
Corrections Officers who had responsibility for the care,
health and safety of the Deceased), and NASSAU
UNIVERSITY MEDICAL CENTER and NASSAU HEALTH
CARE CORPORATION EMPLOYEES and AGENTS
"JOHN and JANE DOES 11-20," in their Individual and
Official Capacities (whose names are fictitious but
Intended to represent and designate various presently
unidentified Nassau University Medical Center and Nassau
Health Care Corporation employees and agents who had
responsibility for the medical care, health care and safety
of the Deceased).

Defendants Demand
Trial By Jury

Defendants.

The defendants, NASSAU UNIVERSITY MEDICAL CENTER and
NASSAU HEALTH CARE CORPORATION, appearing by their attorneys, The

Law Offices of Edward J. Troy, answer the plaintiff's verified complaint, respectfully state as follows:

## PRELIMINARY STATEMENT

1. Deny those allegations contained in paragraph 1 of the plaintiff's verified complaint, except admit that Kevin Rollins died on December 28, 2018 in Nassau University Medical Center (NUMC).

2. Deny those allegations contained in paragraph 2 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

3. Admit those allegations contained in paragraph 3 of the plaintiff's verified complaint.

4. Deny those allegations contained in paragraph 4 of the plaintiff's verified complaint.

5. Deny those allegations contained in paragraph 5 of the plaintiff's verified complaint.

6. Deny those allegations contained in paragraph 6 of the plaintiff's verified complaint.

7. Deny those allegations contained in paragraph 7 of the plaintiff's verified complaint.

8. Deny those allegations contained in paragraph 8 of the plaintiff's verified complaint.

9. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 9 of the plaintiff's verified complaint.

10.Deny those allegations contained in paragraph 10 of the plaintiff's verified complaint.

11.Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 11 of the plaintiff's verified complaint.

12.Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 12 of the plaintiff's verified complaint.

13.Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 13 of the plaintiff's verified complaint.

14.Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 14 of the plaintiff's verified complaint.

15.Deny those allegations contained in paragraph 15 of the plaintiff's verified complaint.

16.Deny those allegations contained in paragraph 16 of the plaintiff's verified complaint.

17.Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 17 of the plaintiff's verified complaint.

18.Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 18 of the plaintiff's verified complaint.

19. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 19 of the plaintiff's verified complaint.

20. Deny those allegations contained in paragraph 20 of the plaintiff's verified complaint.

21. Deny those allegations contained in paragraph 21 of the plaintiff's verified complaint.

22. Deny those allegations contained in paragraph 22 of the plaintiff's verified complaint.

23. Deny those allegations contained in paragraph 23 of the plaintiff's verified complaint.

24. Deny those allegations contained in paragraph 24 of the plaintiff's verified complaint.

25. Deny those allegations contained in paragraph 25 of the plaintiff's verified complaint.

26. Deny those allegations contained in paragraph 26 of the plaintiff's verified complaint.

27. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 27 of the plaintiff's verified complaint.

28. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 28 of the plaintiff's verified complaint.

29. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 29 of the plaintiff's verified complaint.

30. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 30 of the plaintiff's verified complaint.

31. Deny those allegations contained in paragraph 31 of the plaintiff's verified complaint.

32. Deny those allegations contained in paragraph 32 of the plaintiff's verified complaint.

33. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 33 of the plaintiff's verified complaint.

34. Deny those allegations contained in paragraph 34 of the plaintiff's verified complaint.

35. Deny those allegations contained in paragraph 35 of the plaintiff's verified complaint.

36. Deny those allegations contained in paragraph 36 of the plaintiff's verified complaint.

37. Deny those allegations contained in paragraph 37 of the plaintiff's verified complaint.

38. Deny those allegations contained in paragraph 38 of the plaintiff's verified complaint.

39. Deny those allegations contained in paragraph 39 of the plaintiff's verified complaint.

40. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 40 of the plaintiff's verified complaint.

41. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 41 of the plaintiff's verified complaint.

42. Deny those allegations contained in paragraph 42 of the plaintiff's verified complaint.

43. Deny those allegations contained in paragraph 43 of the plaintiff's verified complaint.

44. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 44 of the plaintiff's verified complaint.

45. Deny those allegations contained in paragraph 45 of the plaintiff's verified complaint.

46. Deny those allegations contained in paragraph 46 of the plaintiff's verified complaint.

47. Deny those allegations contained in paragraph 47 of the plaintiff's verified complaint.

48. Deny those allegations contained in paragraph 48 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

## JURISDICTION AND VENUE

49.Deny those allegations contained in paragraph 49 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

50.Deny those allegations contained in paragraph 50 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

51.Deny those allegations contained in paragraph 51 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

52.Deny those allegations contained in paragraph 52 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

## PARTIES

53.Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 53 of the plaintiff's verified complaint.

54.Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 54 of the plaintiff's verified complaint.

55.Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 55 of the plaintiff's verified complaint.

56.Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 56 of the plaintiff's verified complaint, except admit that Kevin Rollins was incarcerated at the NCCC on or about April 3, 2018, until the morning of December 27,

2018, at which time he was transported by ambulance to NUMC, where he was pronounced dead on December 28, 2018 at 4:12 p.m.

57. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 57 of the plaintiff's verified complaint.

58. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 58 of the plaintiff's verified complaint.

59. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 59 of the plaintiff's verified complaint.

60. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 60 of the plaintiff's verified complaint.

61. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 61 of the plaintiff's verified complaint.

62. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 62 of the plaintiff's verified complaint.

63. Admit those allegations contained in paragraph 63 of the plaintiff's verified complaint.

64. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 64 of the plaintiff's verified complaint.

65. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 65 of the plaintiff's verified complaint.

66. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 66 of the plaintiff's verified complaint.

67. Admit those allegations contained in paragraph 67 of the plaintiff's verified complaint.

68. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 68 of the plaintiff's verified complaint.

69. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 69 of the plaintiff's verified complaint.

70. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 70 of the plaintiff's verified complaint.

71. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 71 of the plaintiff's verified complaint.

72. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 72 of the plaintiff's verified complaint.

73. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 73 of the plaintiff's verified complaint.

74. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 74 of the plaintiff's verified complaint.

75. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 75 of the plaintiff's verified complaint.

76. Admit those allegations contained in paragraph 76 of the plaintiff's verified complaint.

77. Admit those allegations contained in paragraph 77 of the plaintiff's verified complaint.

78. Admit those allegations contained in paragraph 78 of the plaintiff's verified complaint.

79. Admit those allegations contained in paragraph 79 of the plaintiff's verified complaint.

80. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 80 of the plaintiff's verified complaint.

81. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 81 of the plaintiff's verified complaint.

82. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 82 of the plaintiff's verified complaint.

83. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 83 of the plaintiff's verified complaint.

84. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 84 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

85. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 85 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court to the Court at the trial of this action.

86. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 86 of the plaintiff's verified complaint.

## NOTICE OF CLAIM

87. Admit those allegations contained in paragraph 87 of the plaintiff's verified complaint.

88. Admit those allegations contained in paragraph 88 of the plaintiff's verified complaint.

89. Admit those allegations contained in paragraph 89 of the plaintiff's verified complaint.

## FACTS

90. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 90 of the plaintiff's verified complaint.

91. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 91 of the plaintiff's verified complaint.

92. Deny those allegations contained in paragraph 92 of the plaintiff's verified complaint.

93. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 93 of the plaintiff's verified complaint.

94. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 94 of the plaintiff's verified complaint.

95. Deny those allegations contained in paragraph 95 of the plaintiff's verified complaint.

96. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 96 of the plaintiff's verified complaint.

97. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 97 of the plaintiff's verified complaint.

98. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 98 of the plaintiff's verified complaint.

99. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 99 of the plaintiff's verified complaint.

100. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 100 of the plaintiff's verified complaint.

101. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 101 of the plaintiff's verified complaint.

102. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 102 of the plaintiff's verified complaint.

103. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 103 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

104. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 104 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

105. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 105 of the plaintiff's verified complaint.

106. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 106 of the plaintiff's verified complaint.

107. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 107 of the plaintiff's verified complaint.

108. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 108 of the plaintiff's verified complaint.

109. Deny those allegations contained in paragraph 109 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

110. Deny those allegations contained in paragraph 110 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

111. Deny those allegations contained in paragraph 111 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

112. Deny those allegations contained in paragraph 112 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

113. Deny those allegations contained in paragraph 113 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

114. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 114 of the plaintiff's verified complaint.

115. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 115 of the plaintiff's verified complaint.

116. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 116 of the plaintiff's verified complaint.

117. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 117 of the plaintiff's verified complaint.

118. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 118 of the plaintiff's verified complaint.

119. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 119 of the plaintiff's verified complaint.

120. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 120 of the plaintiff's verified complaint.

121. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 121 of the plaintiff's verified complaint.

122. Deny those allegations contained in paragraph 122 of the plaintiff's verified complaint, except admit that on January 3, 2010 while incarcerated at the jail Eamin McGinn committed suicide.

123. Deny those allegations contained in paragraph 123 of the plaintiff's verified complaint, except admit that on October 5, 2010 Gasparino Godino hanged himself while in detention in NCCC.

124.   Deny those allegations contained in paragraph 124 of the plaintiff's verified complaint, except admit that on October 27, 2010 Herve Jeanot committed suicide while incarcerated at NCCC.

125.   Deny those allegations contained in paragraph 125 of the plaintiff's verified complaint, except admit that on January 3, 2011 Darrly Woody committed suicide.

126.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 126 of the plaintiff's verified complaint.

127.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 127 of the plaintiff's verified complaint.

128.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 128 of the plaintiff's verified complaint.

129.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 129 of the plaintiff's verified complaint.

130.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 130 of the plaintiff's verified complaint.

131.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 131 of the plaintiff's verified complaint.

132.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 132 of the plaintiff's verified complaint.

133. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 133 of the plaintiff's verified complaint.

134. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 134 of the plaintiff's verified complaint.

135. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 135 of the plaintiff's verified complaint.

136. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 136 of the plaintiff's verified complaint.

137. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 137 of the plaintiff's verified complaint.

138. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 138 of the plaintiff's verified complaint.

139. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 139 of the plaintiff's verified complaint.

140. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 140 of the plaintiff's verified complaint.

141. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 141 of the plaintiff's verified complaint.

142. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 142 of the plaintiff's verified complaint.

143. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 143 of the plaintiff's verified complaint.

144. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 144 of the plaintiff's verified complaint.

145. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 145 of the plaintiff's verified complaint.

146. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 146 of the plaintiff's verified complaint.

147. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 147 of the plaintiff's verified complaint.

148. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 148 of the plaintiff's verified complaint.

149. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 149 of the plaintiff's verified complaint.

150. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 150 of the plaintiff's verified complaint.

151. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 151 of the plaintiff's verified complaint.

152. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 152 of the plaintiff's verified complaint.

153. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 153 of the plaintiff's verified complaint.

154. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 154 of the plaintiff's verified complaint.

155. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 155 of the plaintiff's verified complaint.

156. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 156 of the plaintiff's verified complaint.

157. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 157 of the plaintiff's verified complaint.

158. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 158 of the plaintiff's verified complaint.

159. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 159 of the plaintiff's verified complaint.

160. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 160 of the plaintiff's verified complaint.

161. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 161 of the plaintiff's verified complaint.

162. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 162 of the plaintiff's verified complaint.

163. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 163 of the plaintiff's verified complaint.

164. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 164 of the plaintiff's verified complaint.

165. Deny those allegations contained in paragraph 165 of the plaintiff's verified complaint.

166. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 166 of the plaintiff's verified complaint.

167. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 167 of the plaintiff's verified complaint.

168. Deny those allegations contained in paragraph 168 of the plaintiff's verified complaint.

169.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 169 of the plaintiff's verified complaint.

170.   Deny those allegations contained in paragraph 170 of the plaintiff's verified complaint.

171.   Admit those allegations contained in paragraph 171 of the plaintiff's verified complaint.

172.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 172 of the plaintiff's verified complaint.

173.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 173 of the plaintiff's verified complaint.

174.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 174 of the plaintiff's verified complaint.

175.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 175 of the plaintiff's verified complaint.

176.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 176 of the plaintiff's verified complaint.

177.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 102 of the plaintiff's verified complaint, except admit that on or about April 3, 2018, Rollins became a detainee at the NCCC.

178.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 178 of the plaintiff's verified complaint.

179.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 179 of the plaintiff's verified complaint, except admit that on April 3, 2018 Rollins was interviewed as part of a health assessment by an employee of NUMC. He reported using heroin two weeks before his arrest.

180.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 180 of the plaintiff's verified complaint.

181.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 181 of the plaintiff's verified complaint.

182.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 182 of the plaintiff's verified complaint.

183.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 183 of the plaintiff's verified complaint.

184.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 184 of the plaintiff's verified complaint.

185.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 185 of the plaintiff's verified complaint.

186. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 186 of the plaintiff's verified complaint.

187. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 187 of the plaintiff's verified complaint.

188. Deny those allegations contained in paragraph 188 of the plaintiff's verified complaint.

189. Deny those allegations contained in paragraph 189 of the plaintiff's verified complaint.

190. Deny those allegations contained in paragraph 190 of the plaintiff's verified complaint.

191. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 191 of the plaintiff's verified complaint.

192. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 192 of the plaintiff's verified complaint.

193. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 193 of the plaintiff's verified complaint.

194. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 19402 of the plaintiff's verified complaint.

195. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 195 of the plaintiff's verified complaint.

196. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 196 of the plaintiff's verified complaint.

197. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 197 of the plaintiff's verified complaint.

198. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 198 of the plaintiff's verified complaint.

199. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 199 of the plaintiff's verified complaint, and refer to the report for its contents and findings.

200. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 200 of the plaintiff's verified complaint, and refer to the report for its contents and findings

201. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 201 of the plaintiff's verified complaint.

202. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 202 of the plaintiff's verified complaint.

203. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 203 of the plaintiff's verified complaint.

204. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 204 of the plaintiff's verified complaint.

205. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 205 of the plaintiff's verified complaint.

206. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 206 of the plaintiff's verified complaint.

207. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 207 of the plaintiff's verified complaint.

208. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 208 of the plaintiff's verified complaint.

209. Admit those allegations contained in paragraph 209 of the plaintiff's verified complaint.

210. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 210 of the plaintiff's verified complaint, and refer to the report for its contents and findings.

211. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 211 of the plaintiff's verified complaint, and refer to the report for its contents and findings.

212. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 212 of the plaintiff's verified complaint.

213. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 213 of the plaintiff's verified complaint, and refer to the report for its contents and findings.

214. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 214 of the plaintiff's verified complaint.

215. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 215 of the plaintiff's verified complaint.

216. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 216 of the plaintiff's verified complaint, and refer to the report for its contents and findings.

217. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 217 of the plaintiff's verified complaint, and refer to the report for its contents and findings.

218. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 218 of the plaintiff's verified complaint, and refer to the report for its contents and findings.

219. Deny those allegations contained in paragraph 219 of the plaintiff's verified complaint.

220. Deny those allegations contained in paragraph 220 of the plaintiff's verified complaint.

221. Deny those allegations contained in paragraph 221 of the plaintiff's verified complaint.

222. Deny those allegations contained in paragraph 222 of the plaintiff's verified complaint.

223. Deny those allegations contained in paragraph 223 of the plaintiff's verified complaint.

224. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 224 of the plaintiff's verified complaint.

225. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 225 of the plaintiff's verified complaint.

226. Deny those allegations contained in paragraph 226 of the plaintiff's verified complaint.

227. Deny those allegations contained in paragraph 227 of the plaintiff's verified complaint.

228. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 228 of the plaintiff's verified complaint.

229. Deny those allegations contained in paragraph 229 of the plaintiff's verified complaint.

230. Admit those allegations contained in paragraph 230 of the plaintiff's verified complaint.

231. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 231 of the plaintiff's verified complaint.

232. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 232 of the plaintiff's verified complaint.

233. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 233 of the plaintiff's verified complaint.

234. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 234 of the plaintiff's verified complaint.

235. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 235 of the plaintiff's verified complaint.

236. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 236 of the plaintiff's verified complaint.

237. Deny those allegations contained in paragraph 237 of the plaintiff's verified complaint.

238. Deny those allegations contained in paragraph 238 of the plaintiff's verified complaint.

239. Deny those allegations contained in paragraph 239 of the plaintiff's verified complaint.

240. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 240 of the plaintiff's verified complaint.

241.  Deny those allegations contained in paragraph 102 of the plaintiff's verified complaint.

## CLAIMS FOR RELIEF-FEDERAL
## FIRST CLAIM

242.  As to paragraph 242, the answering defendants repeat each and every answer give to the allegations contained in paragraphs "1" through "241" with the same force and effect as if more fully set out herein.

243.  Deny those allegations contained in paragraph 243 of the plaintiff's verified complaint.

244.  Deny those allegations contained in paragraph 244 of the plaintiff's verified complaint.

245.  Deny those allegations contained in paragraph 245 of the plaintiff's verified complaint.

246.  Deny those allegations contained in paragraph 246 of the plaintiff's verified complaint.

247.  Deny those allegations contained in paragraph 247 of the plaintiff's verified complaint.

248.  Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 248 of the plaintiff's verified complaint.

249.  Deny those allegations contained in paragraph 249 of the plaintiff's verified complaint.

250.  Deny those allegations contained in paragraph 250 of the plaintiff's verified complaint.

251.  Deny those allegations contained in paragraph 251 of the plaintiff's verified complaint.

252. Deny those allegations contained in paragraph 252 of the plaintiff's verified complaint.

253. Deny those allegations contained in paragraph 253 of the plaintiff's verified complaint.

## SECOND CLAIM

254. As to paragraph 254, the answering defendants repeat each and every answer give to the allegations contained in paragraphs "1" through "253" with the same force and effect as if more fully set out herein.

255. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 255 of the plaintiff's verified complaint.

256. Deny those allegations contained in paragraph 256 of the plaintiff's verified complaint.

257. Deny those allegations contained in paragraph 257 of the plaintiff's verified complaint.

258. Deny those allegations contained in paragraph 258 of the plaintiff's verified complaint.

259. Deny those allegations contained in paragraph 259 of the plaintiff's verified complaint.

260. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 260 of the plaintiff's verified complaint.

261. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 261 of the plaintiff's verified complaint.

262. Deny those allegations contained in paragraph 262 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

263. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 263 of the plaintiff's verified complaint.

264. Deny those allegations contained in paragraph 264 of the plaintiff's verified complaint.

## THIRD CLAIM

265. As to paragraph 265, the answering defendants repeat each and every answer give to the allegations contained in paragraphs "1" through "264" with the same force and effect as if more fully set out herein.

266. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 266 of the plaintiff's verified complaint.

267. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 267 of the plaintiff's verified complaint.

268. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 268 of the plaintiff's verified complaint.

269. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 269 of the plaintiff's verified complaint.

270. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 270 of the plaintiff's verified complaint.

271. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 271 of the plaintiff's verified complaint.

272. Deny those allegations contained in paragraph 272 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

273. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 273 of the plaintiff's verified complaint.

## FOURTH CLAIM

274. As to paragraph 274, the answering defendants repeat each and every answer give to the allegations contained in paragraphs "1" through "273" with the same force and effect as if more fully set out herein.

275. Deny those allegations contained in paragraph 275 of the plaintiff's verified complaint.

276. Deny those allegations contained in paragraph 276 of the plaintiff's verified complaint.

277. Deny those allegations contained in paragraph 277 of the plaintiff's verified complaint.

278. Deny those allegations contained in paragraph 278 of the plaintiff's verified complaint.

279. Deny those allegations contained in paragraph 279 of the plaintiff's verified complaint.

280. Deny those allegations contained in paragraph 280 of the plaintiff's verified complaint.

281. Deny those allegations contained in paragraph 281 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

282. Deny those allegations contained in paragraph 282 of the plaintiff's verified complaint.

283. Deny those allegations contained in paragraph 283 of the plaintiff's verified complaint.

## FIFTH CLAIM

284. As to paragraph 284, the answering defendants repeat each and every answer give to the allegations contained in paragraphs "1" through "283" with the same force and effect as if more fully set out herein.

285. Deny those allegations contained in paragraph 285 of the plaintiff's verified complaint.

286. Deny those allegations contained in paragraph 286 of the plaintiff's verified complaint.

287. Deny those allegations contained in paragraph 287 of the plaintiff's verified complaint.

288. Deny those allegations contained in paragraph 288 of the plaintiff's verified complaint.

289. Deny those allegations contained in paragraph 289 of the plaintiff's verified complaint.

290. Deny those allegations contained in paragraph 290 of the plaintiff's verified complaint.

291. Deny those allegations contained in paragraph 291 of the plaintiff's verified complaint.

## SIXTH CLAIM

292. As to paragraph 292, the answering defendants repeat each and every answer give to the allegations contained in paragraphs "1" through "291" with the same force and effect as if more fully set out herein.

293. Admit those allegations contained in paragraph 293 of the plaintiff's verified complaint.

294. Admit those allegations contained in paragraph 294 of the plaintiff's verified complaint.

295. Deny those allegations contained in paragraph 295 of the plaintiff's verified complaint.

296. Deny those allegations contained in paragraph 296 of the plaintiff's verified complaint.

297. Deny those allegations contained in paragraph 297 of the plaintiff's verified complaint.

298. Deny those allegations contained in paragraph 298 of the plaintiff's verified complaint.

299. Deny those allegations contained in paragraph 299 of the plaintiff's verified complaint.

300. Deny those allegations contained in paragraph 300 of the plaintiff's verified complaint.

301. Deny those allegations contained in paragraph 301 of the plaintiff's verified complaint.

302. Deny those allegations contained in paragraph 302 of the plaintiff's verified complaint.

303. Deny those allegations contained in paragraph 303 of the plaintiff's verified complaint.

304. Deny those allegations contained in paragraph 304 of the plaintiff's verified complaint.

305. Deny those allegations contained in paragraph 305 of the plaintiff's verified complaint.

306. Deny those allegations contained in paragraph 306 of the plaintiff's verified complaint.

307. Deny those allegations contained in paragraph 307 of the plaintiff's verified complaint.

308. Deny those allegations contained in paragraph 308 of the plaintiff's verified complaint.

309. Deny those allegations contained in paragraph 309 of the plaintiff's verified complaint.

310. Deny those allegations contained in paragraph 310 of the plaintiff's verified complaint.

## SEVENTH CLAIM

311. As to paragraph 311, the answering defendants repeat each and every answer give to the allegations contained in paragraphs "1" through "310" with the same force and effect as if more fully set out herein.

312. Admit those allegations contained in paragraph 310 of the plaintiff's verified complaint.

313. Deny those allegations contained in paragraph 313 of the plaintiff's verified complaint.

314. Deny those allegations contained in paragraph 314 of the plaintiff's verified complaint.

315. Deny those allegations contained in paragraph 315 of the plaintiff's verified complaint.

316. Deny those allegations contained in paragraph 316 of the plaintiff's verified complaint.

317. Deny those allegations contained in paragraph 317 of the plaintiff's verified complaint.

318. Deny those allegations contained in paragraph 318 of the plaintiff's verified complaint.

## EIGHTH CLAIM

319. As to paragraph 319, the answering defendants repeat each and every answer give to the allegations contained in paragraphs "1" through "318" with the same force and effect as if more fully set out herein.

320. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 320 of the plaintiff's verified complaint.

321. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 321 of the plaintiff's verified complaint.

322. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 322 of the plaintiff's verified complaint.

323. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 323 of the plaintiff's verified complaint.

324. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 324 of the plaintiff's verified complaint.

325. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 325 of the plaintiff's verified complaint.

326. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 326 of the plaintiff's verified complaint.

327. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 327 of the plaintiff's verified complaint.

328. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 328 of the plaintiff's verified complaint.

329. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 329 of the plaintiff's verified complaint.

330. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 330 of the plaintiff's verified complaint.

## NINTH CLAIM

331. As to paragraph 331, the answering defendants repeat each and every answer give to the allegations contained in paragraphs "1" through "330" with the same force and effect as if more fully set out herein.

332. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 332 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

333. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 333 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

334. Deny those allegations contained in paragraph 334 of the plaintiff's verified complaint.

335. Deny those allegations contained in paragraph 335 of the plaintiff's verified complaint.

336. Deny those allegations contained in paragraph 336 of the plaintiff's verified complaint.

337. Deny those allegations contained in paragraph 337 of the plaintiff's verified complaint.

338.   Deny those allegations contained in paragraph 338 of the plaintiff's verified complaint.

339.   Deny those allegations contained in paragraph 339 of the plaintiff's verified complaint.

## CLAIMS FOR RELIEF- STATE
## TENTH CLAIM

340.   As to paragraph 340, the answering defendants repeat each and every answer give to the allegations contained in paragraphs "1" through "339" with the same force and effect as if more fully set out herein.

341.   Deny those allegations contained in paragraph 341 of the plaintiff's verified complaint.

342.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 342 of the plaintiff's verified complaint.

343.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 343 of the plaintiff's verified complaint.

344.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 344 of the plaintiff's verified complaint.

345.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 345 of the plaintiff's verified complaint.

346.   Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 346 of the plaintiff's verified complaint.

347. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 347 of the plaintiff's verified complaint.

## **ELEVENTH CLAIM**

348. As to paragraph 348, the answering defendants repeat each and every answer give to the allegations contained in paragraphs "1" through "347" with the same force and effect as if more fully set out herein.

349. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 349 of the plaintiff's verified complaint, and respectfully refer all questions of law to the Court at the trial of this action.

350. Deny those allegations contained in paragraph 350 of the plaintiff's verified complaint, except admit that defendants NUMC and NHCC owed a duty to Rollins to provide reasonable care and treatment.

351. Deny knowledge or information sufficient to form a belief as to those allegations contained in paragraph 351 of the plaintiff's verified complaint.

352. Admit those allegations contained in paragraph 352 of the plaintiff's verified complaint.

353. Admit those allegations contained in paragraph 353 of the plaintiff's verified complaint.

354. Admit those allegations contained in paragraph 354 of the plaintiff's verified complaint.

355. Admit those allegations contained in paragraph 355 of the plaintiff's verified complaint.

356. Deny those allegations contained in paragraph 356 of the plaintiff's verified complaint.

357. Deny those allegations contained in paragraph 357 of the plaintiff's verified complaint.

358. Deny those allegations contained in paragraph 358 of the plaintiff's verified complaint.

359. Deny those allegations contained in paragraph 359 of the plaintiff's verified complaint.

360. Deny those allegations contained in paragraph 360 of the plaintiff's verified complaint.

361. Deny those allegations contained in paragraph 361 of the plaintiff's verified complaint.

362. Deny those allegations contained in paragraph 362 of the plaintiff's verified complaint.

363. Deny those allegations contained in paragraph 363 of the plaintiff's verified complaint.

364. Deny those allegations contained in paragraph 364 of the plaintiff's verified complaint.

365. Deny those allegations contained in paragraph 365 of the plaintiff's verified complaint.

366. Deny those allegations contained in paragraph 366 of the plaintiff's verified complaint.

367. Deny those allegations contained in paragraph 367 of the plaintiff's verified complaint.

## TWELVETH CLAIM

368. As to paragraph 368, the answering defendants repeat each and every answer give to the allegations contained in paragraphs "1" through "367" with the same force and effect as if more fully set out herein.

369. Deny those allegations contained in paragraph 369 of the plaintiff's verified complaint.

370. Deny those allegations contained in paragraph 370 of the plaintiff's verified complaint.

371. Deny those allegations contained in paragraph 371 of the plaintiff's verified complaint.

## JURY TRIAL DEMANDED

372. The answering defendants neither admit nor deny the statement set forth in paragraph 372 of the plaintiff's verified complaint.

## AFFIRMATIVE DEFENSES

### As and For a First Affirmative Defense

If plaintiff sustained damages in the manner alleged in the complaint, such damages were caused, or contributed to, by the negligence and carelessness of the plaintiff, and in the event any judgment is recovered herein against the answering defendants for such portion of the judgment, in whole or in part, which is attributable to the conduct of the plaintiff such portion shall diminish any judgment.

### As and For a Second Affirmative Defense

The practices employed by the defendants in the treatment of the plaintiff were based on sound medical judgments.

### As and For a Third Affirmative Defense

The practices employed by the defendants in the treatment of the plaintiff were in compliance with accepted medical standards.

### As and For a Fourth Affirmative Defense

The plaintiff's complaint fails to plead a factual basis for constitutional claim.

### As and For a Fifth Affirmative Defense

Plaintiff's complaint fails to state a cause of action against the answering defendants upon which relief can be granted.

### As and For a Sixth Affirmative Defense

Plaintiff's constitutional and statutory rights have not been violated by the defendants.

### As and For a Seventh Affirmative Defense

The actions of which plaintiff complains were in full accord with applicable laws.

### As and For an Eighth Affirmative Defense

The defendants NHCC and NUMC, and its employees are entitled to qualified immunity for civil damages.

### As and For a Ninth Affirmative Defense

If plaintiff sustained damages in the manner alleged in the complaint, such damages were caused, or contributed to, by the negligence and carelessness of a third party over whom plaintiff exercised no control, and without any negligence or carelessness of the part of the defendant.

### As and For a Tenth Affirmative Defense

Plaintiff has not complied with Section 50-e and/or 50-h and/or 50-i of the General Municipal Law of the State of New York.

### As and For an Eleventh Affirmative Defense

Pursuant to the *Monell* doctrine, NHCC and NUMC cannot be held liable for the acts of its employees solely on the basis of *respondeat superior* in a 42 U.S.C. §1983 action.

### As and For a Twelfth Affirmative Defense

Plaintiff has failed to comply with the requirements set forth in the PLRA (42USC§1997e (a)), and the plaintiff's complaint should therefore be dismissed.

### As And For A Thirteenth Affirmative Defense

Any acts or omissions of the defendants were not the proximate cause of any injuries or damages sustained by the plaintiff. Any injuries or damages that were incurred were the result of actions of others, and/or as the result of the superseding or intervening actions outside of the answering defendants.

### As And For A Fourteenth Affirmative Defense

In the event plaintiff recovers a verdict or judgement against the answering defendants, said verdict or judgment should be reduced pursuant to CPLR 4545 by those amounts which have been or will, with reasonable certainty, replace or indemnify plaintiff in whole or in part for past or future claimed economic loss from any collateral source.

44

## As And For A Fifteenth Affirmative Defense

The defendants NHCC as a municipal entity is not subject to a claim for punitive damages.

## As And For A Sixteenth Affirmative Defense

The Plaintiff's claims are barred by the statute of limitations.

WHEREFORE, the answering defendants demand judgment, dismissing the instant complaint or, alternatively, apportioning the respective liability, all together with the costs and disbursements of this matter.

Dated: Greenlawn, NY
April 19, 2022

Yours, etc.
Law Office of Edward J. Troy
By: _____
Alexander V. Sansone (AVS 6531)
44 Broadway
Greenlawn, NY 11740
631-239-6817

cc James A. Pascarella, Esq.
The Pascarella Law Firm
1551 Franklin Ave.
Mineola, NY 11501
Jamesapascarella@pascarellalawfirm.com

Adam Kleinberg, Esq.
Sokoloff Stern, LLP
176 Woodbury Avenue
Carle Place, NY 11514
akleinberg@sokoloffstern.com